## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**ROXIE GOOCH**

**Plaintiff,**

**v.**

**CEBRIDGE ACQUISITION, LLC, et al.,**

**Defendants.**

**CIVIL ACTION NO. 2:22-CV-00184**
**Hon. Thomas E. Johnston**

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that pursuant to Section 16(a) of the Federal Arbitration Act, 9 U.S.C. § 16(a), defendants Cebridge Acquisition, LLC, Cequel III Communications I, LLC, Cequel III Communications II, LLC, and Altice USA, Inc. (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's January 25, 2023 Order (Dkt. No. 26) denying Defendants' Motions to Compel Arbitration and to Stay Litigation (Dkt. No. 8, 21).

/s/ Randall L. Saunders
Marc E. Williams, Esq. (W. Va. Bar No. 4062)
Randall L. Saunders, Esq. (W. Va. Bar No. 10162)
Jonah D. Samples, Esq. (W. Va. Bar No. 13683)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Avenue, Suite 200
Huntington, West Virginia 25701
Telephone: (304) 526-3500
Facsimile: (304) 526-3599

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**ROXIE GOOCH**

**Plaintiff,**

v.                                                                    **CIVIL ACTION NO. 2:22-CV-00184**
                                                                       **Hon. Thomas E. Johnston**

**CEBRIDGE ACQUISITION, LLC, et al.,**

**Defendants.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 7th day of February, 2023, the foregoing *"Defendants' Notice of Appeal"* was filed with the court through the Court's CM/ECF system which will automatically send notification to the following:

Charles R. "Rusty" Webb, Esq.
The Webb Law Center, PLLC
716 Lee St. E.
Charleston, WV 25301

Franklin Scott Conway LLP
Dennis C. Taylor, Esq.
831 Fourth Avenue, Suite 201
Huntington, WV 25701

Talcott J. Franklin, Esq.
1629 K St NW #300
Washington, DC 20006

/s/ Randall L. Saunders

2